UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America,<br><br>v.<br><br>Mahr Ahmed,<br><br>Defendant. | ) | C.A. No. 1:25-cr-91-AEM-1 |

## ORDER

Mr. Ahmed filed a one-sentence Motion wherein he "moves for the grace mandated by 21 USC 333C" ("Motion for Grace"). ECF No. 71. As explained in the Memorandum and Order denying Mr. Ahmed's Motion to Dismiss, the relevant provisions of 21 U.S.C. § 333(c) do not apply to Mr. Ahmed because he does not face the penalties of 12 U.S.C § 333(a)(1) "for having *received* in interstate commerce" misbranded drugs as prohibited under 21 U.S.C. § 331(c) (emphasis added); instead, he has pleaded guilty to and faces penalties for having *introduced* into interstate commerce misbranded drugs, as prohibited by 21 U.S.C. § 331(a). *See* ECF No. 70 at 4-5. Mr. Ahmed's Motion for Grace (ECF No. 71) is DENIED for the same reason.

IT IS SO ORDERED.

AMY E. MOSES
United States Magistrate Judge

November 5, 2026